NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LEMKO CORP.,**
*Appellant*

**v.**

**MICROSOFT CORPORATION, AFFIRMED NETWORKS, INC.,**
*Appellees*

---

2024-2336

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-00531.

---

**JUDGMENT**

---

AARON M. FRANKEL, Herbert Smith Freehills Kramer (US) LLP, New York, NY, argued for appellant. Also represented by JEFFREY ENG, JENNA FULLER, JEFFREY PRICE; PAUL J. ANDRE, JAMES R. HANNAH, LISA KOBIALKA, Redwood Shores, CA.

MATTHEW R. MCCULLOUGH, Winston & Strawn LLP, Redwood City, CA, argued for appellees. Also represented

by MICHAEL RUECKHEIM, King & Spalding LLP, San Francisco, CA.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES and STOLL, *Circuit Judges*, and SEEBORG, *Chief District Judge[1]*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 10, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Honorable Richard Seeborg, Chief District Judge, United States District Court for the Northern District of California, sitting by designation.